NO. 07-10-00142-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 23, 2010

_____

KYLE DEAN MERCHANT,

                                                                Appellant

v.

THE STATE OF TEXAS,

                                                                Appellee

_____

FROM THE 12TH DISTRICT COURT OF WALKER COUNTY;

NO. 21,760; HONORABLE DONALD KRAEMER, PRESIDING

_____

***On Motion to Dismiss***

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant Kyle Dean Merchant has filed a *pro se* motion to dismiss his appeal because he no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


Per Curiam